# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 17-14928-ELF

DONNELL B SIMON

227 BAILY ROAD

YEADON, PA 19050

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  DONNELL B SIMON

  227 BAILY ROAD

  YEADON, PA 19050

Counsel for debtor(s), by electronic notice only.

  TIMOTHY ZEARFOSS ESQ
  143-145 LONG LANE

  UPPER DARBY, PA 19082-

Date: 12/14/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee