**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                          : BR NO. 17-14978
DONNELL SIMON                   :
        Debtor.                 : Chapter 13
```

## CERTIFICATE OF SERVICE

I, Timothy Zearfoss, Esquire, hereby certify that a true and correct copy of the foregoing amended plan was served January 6, 2018 by First Class, U.S. Mail and/or e-filing upon the Chapter 13 trustee, the US Trustee and all known creditors.

/s/Timothy Zearfoss_____
Timothy Zearfoss, Esquire