**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                              : BR NO. 17-14928
DONNELL SIMON                       :
        Debtor.                     : Chapter 13

**APPLICATION FOR ALLOWANCE OF COMPENSATION**
**PURSUANT TO L.B.R. 2016-2**

To: The Honorable Eric Frank, Chief United States Bankruptcy Judge.

The Application of Timothy Zearfoss, Esquire, respectfully represents:

1. Applicant is counsel for the above-named debtor and makes this application for allowance of compensation pursuant to Section 330 of the Bankruptcy Code and L.B.R. 2016-2, for professional services rendered for said debtor.

2. All services rendered for which compensation is requested were performed for or on behalf of the debtor, the services were necessary, and the compensation requested for those services is reasonable.

3. Debtor previously paid applicant $1300.00 prior to the filing of his Chapter 13 bankruptcy petition.

4. Applicant requests an award of additional compensation of $2200.00, or $3500.00 total, for legal services hours expended in providing the following services: 1) Initial consultation and analysis of debtor's financial situation; 2) preparation and filing of the bankruptcy petition, schedules and plan; 3) representation at the Section 341 meeting; 4) review of claims register and preparation and filing of an amended Chapter 13 plan; 5)

phone  calls  and  written  correspondence  with  debtor concerning  confirmation  and  mortgage  issues; 6)correspondence,  and  negotiations  for  approval  of  a  loan modification agreement; and 7) correspondence, negotiations and   courtroom  appearances  with  the  Ch.  13  trustee's attorney regarding plan confirmation.

5. Debtor's plan is scheduled for a confirmation hearing on  January 16, 2018.

6. Applicant has received payments from debtor and made disbursements as follows:

TOTAL RECEIVED:                          $1300.00

DISBURSEMENTS:

      Court costs:                          $0.00

      Attorney's fee:                     $1300.00

TOTAL DISBURSEMENTS:                     $1300.00

BALANCE OF ATTORNEY'S REQUESTED FEE:     $2200.00

7. None of the compensation to  be  paid to applicant will be shared with any person.

WHEREFORE,  applicant  requests  that  this  Court authorize   payment by  debtor  to applicant of $2200.00 for legal services rendered by him, in addition  to the $1300.00 previously paid in this case.

               Respectfully submitted,

               /s/Timothy Zearfoss_____
               Timothy Zearfoss, Esquire