**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

| | |
|---|---|
| IN RE: | : BR NO. 17-14928 |
| DONNELL SIMON | : |
| Debtor. | : Chapter 13 |

## CERTIFICATE OF SERVICE

I, Timothy Zearfoss, Esquire, hereby certify that a true and correct copy of the foregoing Second Amended Plan was served January 23, 2018 by First Class, U.S. Mail and/or e-filing upon the Chapter 13 trustee, the US Trustee and all known creditors.

/s/Timothy Zearfoss_____
Timothy Zearfoss, Esquire