**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

| | |
|---|---|
| IN RE: | : BR NO. 17-14928 |
| DONNELL SIMON | : |
| Debtor. | : Chapter 13 |

### AMENDED CERTIFICATE OF SERVICE

I, Timothy Zearfoss, Esquire, hereby certify that a true and correct copy of the foregoing Seventh Amended Plan was served March 18, 2018 by First Class, U.S. Mail and/or e-filing upon the Chapter 13 trustee, the US Trustee and all creditors listed on the matrix filed in this matter and listed on the claims register in this matter.

/s/Timothy Zearfoss_____
Timothy Zearfoss, Esquire