**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE: : BR NO. 17-14928
DONNELL SIMON :
    Debtor. : Chapter 13

## O R D E R

AND NOW, this 19th day of April, 2018, upon application of Timothy Zearfoss, Esquire, as counsel for the above-named debtor, for allowance of compensation pursuant to L.B.R. 2016-2, it is:

**ORDERED** the Application is **GRANTED** and that compensation of **$3,500.00** is **ALLOWED** and that the trustee shall distribute **$2,200.00** to counsel as an administrative expense to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**