# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14928-ELF

DONNELL B SIMON

227 BAILY ROAD

YEADON, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DONNELL B SIMON

    227 BAILY ROAD

    YEADON, PA 19050

Counsel for debtor(s), by electronic notice only.

    TIMOTHY ZEARFOSS
    143-145 LONG LANE

    UPER DARBY, PA 19082

Date: 7/30/2018

                                      /S/ William C. Miller
                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee