# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 17-14928-elf |
| Donnell B. Simon | : | Chapter 13 |
| Debtor | : | |
| _____ | : | |
| New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing | | |
| Movant | | |
| vs. | | |
| Donnell B. Simon | | |
| Debtor(s)/Respondent(s) | | |
| and | | |
| William C. Miller, Esquire | | |
| Trustee/Respondent. | | |
| _____X | | |

## ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION

Upon the Motion of New Penn Financial, LLC dba Shellpoint Mortgage Servicing for approval of Loan Modification, accepted by Debtor on October 26, 2018, with regard to the Mortgage secured by the Debtor's Real Property at 227 Baily Road, Yeadon, PA 19050, and there being due and sufficient notice of the Motion and the opportunity for a hearing thereon; and there being no opposition to the requested relief, and it appearing that the Loan Modification is fair and reasonable and in the best interests of the Debtor and their estate; it is hereby

ORDERED that the Motion is granted, the Loan Modification is approved, and the parties are authorized to perform it according to its terms. Approval and Recording, if applicable, of said Loan Modification shall not constitute a violation of the Automatic Stay.

Dated: _____

Enter:

_____
UNITED STATES BANKRUPTCY JUDGE