United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14928-elf
Donnell B. Simon                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Oct 15, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db              +Donnell B. Simon,    227 Baily Road,    Yeadon, PA 19050-3001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    New Rez LLC jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MARY F. KENNEDY    on behalf of Creditor    Ally Bank mary@javardianlaw.com, tami@javardianlaw.com
              MICHAEL J. SHAVEL    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               mshavel@hillwallack.com,  lharkins@hillwallack.com;jrydzewski@HillWallack.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              TIMOTHY  ZEARFOSS    on behalf of Debtor Donnell B. Simon tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**Donnell B. Simon**<br>Debtor | CHAPTER 13<br><br>CASE NO.: 17-14928-elf |

**ORDER FOR RELIEF**

AND NOW, this __15th__ day of __October__, 2019, upon the Motion of NewRez LLC dba Shellpoint Mortgage Servicing ("Movant") for relief from the Automatic Stay, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 227 Baily Road, Yeadon, PA 19050 (the "Mortgaged Premises"); to name the Debtors in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; and to allow the purchaser of the Mortgaged Premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its rights to possession of said Mortgaged Premises.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

**Order entered by default.**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

{Y0602217; 1}