Donnell Sims

1/21/2020

17-14928-ELF

FILED
JAN 21 2020
TIMOTHY McGRATH, CLERK
          DEP CLK

I am asking for a motion Do to my Hardship. If you give me this opportunity I can make all payments on time. And yes I have made all of my payment.

Thank you

Donnell Sims