**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DONNELL B SIMON | Chapter 13 |
| Debtor | Bankruptcy No. 17-14928-ELF |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: February 12, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
TIMOTHY ZEARFOSS
143-145 LONG LANE

UPER DARBY, PA 19082

Debtor:
DONNELL B SIMON

227 BAILY ROAD

YEADON, PA 19050