United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-14928-elf
Donnell B. Simon                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 1          Date Rcvd: Feb 12, 2020
                              Form ID: pdf900          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2020.
```
db          +Donnell B. Simon,   227 Baily Road,   Yeadon, PA 19050-3001
cr          +New Penn Financial, LLC d/b/a Shellpoint Mortgage,   c/o Shellpoint Mortgage Servicing,
              PO BOX 10826,   GREENVILLE, SC 29603-0826
cr          +NewRez LLC d/b/a Shellpoint Mortgage Servicing,   c/o Michael J. Shavel Esquire,
              Hill Wallack LLP,   777 Township Line Road,   Suite 250,   Yardley, PA 19067-5565
14015307    +Ally Bank,   c/o Cenlar, FSB,   425 Phillips Boulevard,   Ewing, NJ 08618-1430
13955034    +DITECH FINANCIAL LLC,   STE 880,   3000 BAYPORT DR,   Tampa, FL 33607-8409
14250254    +New Penn Financial LLC d/b/a Shellpoint Mortg Svc,   c/o LORRAINE GAZZARA DOYLE, Esquire,
              Pincus Law Group, PLLC,   425 RXR Plaza,   Uniondale, NY 11556-3811
14019822     New Penn Financial LLC d/b/a Shellpoint Mortgage,   PO Box 10826,   Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Feb 13 2020 03:07:46     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2020 03:07:16
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 13 2020 03:07:31     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14014227     E-mail/Text: bnc-quantum@quantum3group.com Feb 13 2020 03:07:00
              Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
              Kirkland, WA  98083-0657
13991722     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 13 2020 03:13:38
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13995183     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 13 2020 03:14:35     Verizon,
              by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
              Greenville, SC  29603-0826
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2020 at the address(es) listed below:
```
          JASON BRETT SCHWARTZ    on behalf of Creditor    New Rez LLC jschwartz@mesterschwartz.com
          KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          MARY F. KENNEDY    on behalf of Creditor    Ally Bank mary@javardianlaw.com, tami@javardianlaw.com
          MICHAEL J. SHAVEL    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           mshavel@hillwallack.com,  jrydzewski@HillWallack.com;skenny@hillwallack.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          TIMOTHY  ZEARFOSS    on behalf of Debtor Donnell B. Simon tzearfoss@aol.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
DONNELL B SIMON

Chapter 13

Debtor

Bankruptcy No. 17-14928-ELF

## O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: February 12, 2020**

_____  
Eric L. Frank  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
TIMOTHY ZEARFOSS  
143-145 LONG LANE

UPER DARBY, PA 19082

Debtor:  
DONNELL B SIMON

227 BAILY ROAD

YEADON, PA 19050